IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR G. SCHAFER, et al. | : | CIVIL ACTION NO. |
| | : | 1:CV-00-1821 |
| Plaintiffs | : | |
| | : | |
| v. | : | Judge Kane |
| | : | |
| AMY JO GABLE, et al. | : | |
| | : | |
| Defendants | : | |

**ORDER**

FILED
HARRISBURG

FEB - 5 2002

MARY E. D'ANDREA, CLERK
Per_____
                DEPUTY CLERK

AND NOW, this 5th day of Feb, 2002, **IT IS HEREBY ORDERED THAT** a status telephone conference is scheduled for February 15, 2002, at 10:00 a.m. to discuss the status of this case. Plaintiff's counsel shall initiate this conference call.

_____
Yvette Kane
United States District Judge