IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR G. SCHAFER, et al. | : | |
| | : | |
| Plaintiff | : | No. 1:CV-00-1821 |
| | : | |
| vs. | : | (JUDGE KANE) |
| | : | |
| AMY JO GABLE, et al. | : | |
| | : | |
| Defendant | : | |

**ORDER**

AND NOW, this 20TH day of February, 2002, **IT IS ORDERED THAT** this case is referred to Magistrate Judge J. Andrew Smyser for a Settlement Conference. A scheduling order will issue from the Magistrate Judge.

Yvette Kane
United States District Judge

FILED
HARRISBURG
FEB 20 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK