IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR G. SCHAFER, individually and as parent and natural guardian of Andrew A. Shafer, a minor, <br>     Plaintiffs <br><br> v. <br><br> AMY JOE GABLE and SPRING GROVE AREA SCHOOL DISTRICT, <br>     Defendants | CIVIL ACTION NO. <br> 1:CV-00-1821 <br><br> Judge Kane |

**FILED**
**HARRISBURG**

FEB 2 0 2002

MARY E. D'ANDREA, CLERK
Per _____
         DEPUTY CLERK

**O R D E R**

AND NOW this 19th day of February, 2002, **IT IS HEREBY ORDERED THAT** jury selection and trial scheduled for March 4, 2002 at 9:30 a.m. are **RESCHEDULED** to Monday, April 1, 2002 at 9:30 a.m. **IT IS FURTHER ORDERED THAT** the pretrial conference scheduled for February 19, 2002 at 10:00 a.m. is **RESCHEDULED** to March 20, 2002 at 10:00 a.m.

                                                                 _____
                                                                  Yvette Kane
                                                                  United States District Judge