UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR G. SCHAFER, individually and as parent and natural guardian of ANDREW A. SHAFER, a minor, | : : : : | **CIVIL NO. 1:00-CV-1821** |
| | : | |
| Plaintiff | : : | (Judge Kane) |
| v. | : : | (Magistrate Judge Smyser) |
| AMY JO GABLE and SPRING GROVE AREA SCHOOL DISTRICT, | : : : | |
| | : | |
| Defendants | : | |

FILED
HARRISBURG, PA

FEB 2 6 2002

MARY E. D'ANDREA, CLERK
Per_____

<u>ORDER</u>

**IT IS ORDERED** that a settlement conference is set for **March 11, 2002** at 2:00 p.m., in Chambers, Room 1110, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.  Counsel shall attend along with clients and/or persons with full settlement authority.  Settlement memoranda may be filed, but are not required.

J. Andrew Smyser
Magistrate Judge

Dated:   February 26, 2002.