*1+0 Cr*

③8
3/13/02

# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | |
|---|---|---|
| SCHAFER v. GABLE | 1:CV-00-1821 | REFERRAL - Settlement Only |

| Proceeding: | Settlement Conference |
|---|---|

| Set For: | March 11, 2002 | At: | 2:00 p.m. |
|---|---|---|---|

| Time Commenced: | 2:00 p.m. | Time Terminated: | 4:30 p.m. |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| Lee C. Swartz, Esquire<br>Arthur Schafer<br>Andrew A. Schafer | Douglas B. Marcello, Esquire<br>Mary Lou Ward, Insurance Adjuster<br>Steve Russell, Esquire<br>Melinda B. Kaufmann, Esquire<br>Dr. Dave Stricker, Supt. Of Schools<br>Steven Brown, defendant |

**REMARKS:**

SETTLEMENT CONFERENCE.

CASE SETTLED.

FILED
HARRISBURG, PA
MAR 12 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

O:\Smyser\APPLEBY\Minute Sheets\061300 Form