*cc: see attached*

39

3/19/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ARTHUR G. SCHAFER,              :    CIVIL NO. 1:00-CV-1821
individually and as parent      :
and natural guardian of         :
ANDREW A. SHAFER, a minor,      :
                                :
            Plaintiff           :    (Judge Kane)
                                :
        v.                      :    (Magistrate Judge Smyser)
                                :
AMY JO GABLE,                   :
SPRING GROVE AREA SCHOOL        :
DISTRICT, and                   :
STEVEN BROWN, individually      :
and in his capacity as          :
Principal of Spring Grove       :
Senior High School,             :
                                :
            Defendants          :



FILED
MAR 1 8 2002
PER _____
HARRISBURG, PA   DEPUTY CLERK

ORDER

A settlement conference was conducted in this case on
March 11, 2002.  The case has settled.  **IT IS ORDERED** that
this action is dismissed without costs and without prejudice to
the right, upon good cause shown, to reinstate the action
within sixty (60) days if the parties find the need to do so.

_____
Yvette Kane
United States District Judge

Dated:   March 18, 2002.

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 18, 2002

Re:  1:00-cv-01821    Schafer v. Gable


True and correct copies of the attached were mailed by the clerk
to the following:

```
Lee C. Swartz, Esq.
Tucker, Arensberg & Swartz
111 North Front Street
P.O. Box 889
Harrisburg, PA  17108-0889

Michael W. King, Esq.
Stock and Leader
35 South Duke Street
P.O. Box 5167
York, PA  17405-5167

Stephen S. Russell, Esq.
Stock & Leader
35 South Duke Street
York, PA  17401

Melinda B. Kaufmann, Esq.
Stock and Leader, PC
PO Box 5167
35 S. Duke Street
York, PA  17405

Douglas B. Marcello, Esq.
Thomas, Thomas & Hafer, LLP
305 N. Front St.
6th Floor
Harrisburg, PA  17108    Fax No.: 17172377105


Michele J. Thorp, Esq.
Thomas, Thomas & Hafer, LLP
305 North Front Street
P. O. Box 999
Harrisburg, PA  17108
```

```
cc:
Judge                        ( / )          (  ) Pro Se Law Clerk
Magistrate Judge             (   )          (  ) INS
U.S. Marshal                 (   )          (  ) Jury Clerk
Probation                    (   )
U.S. Attorney                (   )
Atty. for Deft.              (   )
Defendant                    (   )
Warden                       (   )
Bureau of Prisons            (   )
Ct Reporter                  (   )
Ctroom Deputy                (   )
Orig-Security                (   )
Federal Public Defender      (   )
Summons Issued               (   )  with N/C attached to complt. and served by:
                                    U.S. Marshal (  )    Pltf's Attorney (  )

Standard Order 93-5          (   )
Order to Show Cause          (   )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen  (  )  PA Atty Gen (  )
                                         DA of County (  )  Respondents (  )
Bankruptcy Court             (   )
Other_____         (   )
                                             MARY E. D'ANDREA, Clerk
```

DATE: ___3/18/03___                      BY: _____
                                             Deputy Clerk